UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHNNY YOUNG                                                                                    PLAINTIFF

V.                                                           CIVIL ACTION NO. 3:25-CV-870-DPJ-ASH

LOGAN'S ROADHOUSE, INC.                                                                DEFENDANT

ORDER

This matter is before the Court sua sponte regarding Defendant's disclosure statement [8] filed under Federal Rule of Civil Procedure 7.1. Because Defendant's disclosure statement is deficient, the Court orders Defendant to file a corrected and complete disclosure statement by January 5, 2026.

Under Federal Rule of Civil Procedure 7.1 and Local Rule 7(c), a nongovernmental corporation must file with its initial pleading a Rule 7.1 disclosure statement. And effective December 1, 2022, every party or intervenor in a case in which jurisdiction is based on diversity must file a disclosure statement in accordance with Rule 7.1(a)(2). That disclosure statement

> must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor:
>
> (A) when the action is filed or removed to federal court, and
>
> (B) when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Fed. R. Civ. P. 7.1(a)(2); *see MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 314 (5th Cir. 2019) ("'[A]llegations regarding the citizenship of a corporation must set out the principal place of business of the corporation as well as the state of its incorporation.'" (quoting *Neeley v. Bankers Tr. Co. of Tex.*, 757 F.2d 621, 634 n.18 (5th Cir. 1985))).

Defendant's disclosure statement fails to identify both its state of incorporation and its principal place of business. Therefore, Defendant is ordered to file a corrected and complete disclosure statement by January 5, 2026.

**SO ORDERED AND ADJUDGED** this the 29th day of December, 2025.

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE